IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS WALKER,

    Plaintiff,                      No. 2:10-cv-1093 GEB KJN P

    vs.

MATTHEW CATE, et al.,

    Defendants.              <u>ORDER</u>

                         /

        Plaintiff, a state prisoner proceeding without counsel in this civil rights action, has filed a motion to submit newly acquired evidence responsive to defendants' pending motion to dismiss, filed January 18, 2011. Plaintiff's new evidence appears relevant to defendants' principal contention that plaintiff's action should be dismissed for failure to exhaust his administrative remedies. Accordingly, plaintiff's motion (Dkt. No. 17) is granted. Defendants shall file a supplemental reply within ten days after the filing date of this order.

        SO ORDERED.

DATED: May 2, 2011

                                           /s/ Kendall J. Newman
                                           KENDALL J. NEWMAN
                                           UNITED STATES MAGISTRATE JUDGE

walk1093.new.evid.